IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| JAMES BENJAMIN WHEELER, | * |
| Plaintiff, | * |
| v. | *   CV 321-020 |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | * |
| Defendant. | * |

### O R D E R

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Government's request, with no opposition from Plaintiff, to remand this action, **IT IS ORDERED** that the Commissioner's decision is hereby **REVERSED** with a remand of the case to the Commissioner for appropriate agency action to include further consideration of the evidence regarding the claimant's impairments. The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**ORDER ENTERED** at Augusta, Georgia this 13th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE